THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rudy Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY GARCIA, | Case No. 2:06-CV-1498-MCE-EFB |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL; ORDER |
| QUACH HOA THANH and MINH T T NGUYEN, | |
| Defendants. | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2).

Date:   October 17, 2006                    Date:  October 20, 2006


_S/Gregory T. Fayard,_____          _S/Thomas N. Stewart, III,_____
Attorney for Defendants                   Attorney for Plaintiff
Hansen Culhane Kohls Jones & Sommer
3001 Lava Ridge Court, Suite 120
Roseville, Ca 95661

IT IS SO ORDERED:


Date:   October 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE